**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:05cr295**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| ) | |
| **ROBERT LEE PRESSON** ) | |
| ————————————————) | |

       **THIS MATTER** is before the Court upon motion of the Defendant for review of detention. (Doc. No. 27). The Court finds that even in a light most favorable to the defendant, the circumstances alleged by the defendant are insufficient for this Court to alter the Order of Detention or conduct a hearing. Therefore, for the reasons stated in the Court's December 2, 2005 Order, the Court <u>denies</u> the defendant's motion.

       **THEREFORE, IT IS HEREBY ORDERED** that the Defendant's motion is **DENIED**.

       The Clerk is directed to certify copies of this order to the Defendant, counsel for the Defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

       Signed: March 23, 2006

       Robert J. Conrad, Jr.
       United States District Judge